

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2017

No. 04-17-00182-CR

Darnell **ROGERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR12728
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on August 7, 2017. *See* TEX. R. APP. P. 38.6(a). On the due date, Appellant filed a second motion for a thirty-day extension of time to file the brief.

Appellant's motion is GRANTED; the brief is due on September 8, 2017. **No further extension of time will be granted absent extenuating circumstances**.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk